IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAFSA: ASSOCIATION OF<br>  INTERNATIONAL EDUCATORS,<br>              Plaintiff,<br>v.<br><br>SUZANNE BRUMMETT and<br>SUZANNE BLOUGH,<br>d/b/a VISABASICS,<br>              Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Plaintiff NAFSA: Association of International Educators ("NAFSA"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of NAFSA which have any outstanding securities in the hands of the public:

None

These representations are made in order that Judges of this Court may determine the need for recusal.

_____
Robert N. Cook (Bar No. 426058)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-9400 (fax)

Attorney of Record for Plaintiff
NAFSA: ASSOCIATION OF
        INTERNATIONAL EDUCATORS

Date: February 9, 2006