IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NAFSA: ASSOCIATION OF<br>INTERNATIONAL EDUCATORS,<br>Plaintiff,<br>v.<br><br>SUZANNE BRUMMETT and<br>SUZANNE BLOUGH,<br>d/b/a VISABASICS,<br>Defendants. | Case No. 1:06CV000243 (RBW) |

## MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)

Plaintiff NAFSA: Association of International Educators ("Plaintiff"or "NAFSA") hereby presents its unopposed motion, pursuant to Federal Rule of Civil Procedure 41(a)(2), for voluntary dismissal without prejudice as to both Defendant Suzannne Brummett and Defendant Suzannne Blough (collectively the "Defendants" and each individually a "Defendant").

In support of this Motion, Plaintiff makes the following representations:

1. On February 10, 2006, Plaintiff filed its Complaint against the Defendants seeking damages and injunctive relief for copyright infringement. Also on that date, Plaintiff informed Defendants that a Complaint had been filed but did not attempt to serve the Complaint in order to provide an opportunity to resolve the matter without protracted litigation.

2. As of March 2006, NAFSA entered into separate settlement agreements with each Defendant, attached hereto, making an amicable settlement of the copyright infringement dispute alleged in the Complaint. Section 1.3 of each settlement agreement provides that "attachment of the Complaint to this Agreement shall not constitute service of the Complaint pursuant to the Federal Rules of Civil Procedure."

3. The settlement agreements require NAFSA to present this Motion and make NAFSA's discharge and release of the Defendants contingent upon this Court's dismissal of the Complaint without prejudice pursuant to this Motion.

4. As a result of the settlement agreements, and acting in reliance thereon, Plaintiff submits that prompt dismissal of this matter prior to service of the Complaint, without requiring the Defendants to retain local counsel and file a responsive pleading, is in the interest of justice.

5. Federal Rule of Civil Procedure 41(a)(2) authorizes the relief requested.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court dismiss the Complaint in the above-captioned matter without prejudice. Plaintiff further requests that this unopposed motion be decided without oral argument.

Date: March 29, 2006

Respectfully submitted,

*(signature)*
_____
Robert N. Cook (Bar No. 426058)
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-9400 (fax)

Counsel for Plaintiff
NAFSA: ASSOCIATION OF
    INTERNATIONAL EDUCATORS

*Of Counsel*:
Michael E. Whitham
Philana S. Handler
Whitham, Curtis, Christofferson & Cook, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-9400 (fax)

## CERTIFICATE OF SERVICE

Pursuant to LCvR 5.4(d), I certify that on March 29, 2006, I caused the foregoing MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) to be electronically filed with the Clerk of Court using the Court's Case Management/Electronic Case Filing ("CM/ECF") System. I also delivered copies by certified mail, postage prepaid, to the following attorneys who are not registered to receive notice through the Court's CM/ECF System:

>Eric A. Hanscom, Esq.
>6994 El Camino Real, Suite 204
>Carlsbad, California 92009
>(760) 804-1712 (voice)
>(760) 494-3014 (fax)
>email: eric@hanscom.com
>
>Counsel for Defendant
>SUZANNE BRUMMETT
>
>
>Jill A. Pryor, Esq.
>Bondurant, Mixson & Elmore, LLP
>1201 West Peachtree Street N.W., Suite 3900
>Atlanta, Georgia 30309
>(404) 881-4100 (voice)
>(404) 881-4111 (fax)
>email: pryor@bmelaw.com
>
>Counsel for Defendant
>SUZANNE BLOUGH

_____
Robert N. Cook
Whitham, Curtis, and Christofferson, P.C.
11491 Sunset Hills Road, Suite 340
Reston, Virginia 20190
(703) 787-9400 (voice)
(703) 787-7557 (fax)

Date: March 29, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAFSA: ASSOCIATION OF INTERNATIONAL EDUCATORS,<br>Plaintiff,<br>v.<br><br>SUZANNE BRUMMETT and SUZANNE BLOUGH, d/b/a VISABASICS,<br>Defendants. | Case No. 1:06CV000243 (RBW) |

## ATTACHMENTS TO
## MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)

The following documents are submitted as attachments to the Motion For Voluntary Dismissal Pursuant To Rule 41(a)(2) filed by Plaintiff NAFSA: Association of International Educators:

ATTACHMENT ONE:    Proposed Order Pursuant to LCvR 7(c),(k)

ATTACHMENT TWO:    Settlement Agreement with Defendant Suzanne Brummett

ATTACHMENT THREE:  Settlement Agreement with Defendant Suzanne Blough