ATTACHMENT ONE
*Motion for Voluntary Dismissal Pursuant to Rule 41(a)(2)*


Proposed Order Pursuant to LCvR 7(c),(k)

*NAFSA v. Brummett and Blough*, Case No. 1:06CV000243 (RBW)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAFSA: ASSOCIATION OF INTERNATIONAL EDUCATORS,<br>Plaintiff,<br>v.<br><br>SUZANNE BRUMMETT and SUZANNE BLOUGH,<br>d/b/a VISABASICS,<br>Defendants. | Case No. 1:06CV000243 (RBW) |

## ORDER

THIS MATTER comes before the Court on the unopposed Motion for Voluntary Dismissal Pursuant to Rule 41(a)(2) of Plaintiff NAFSA: Association of International Educators (the "Motion"). The Motion requests dismissal without prejudice as to both Defendant Suzannne Brummett and Defendant Suzannne Blough on the basis that settlement agreements have been reached with each Defendant and that prompt dismissal without requiring Defendants to file a responsive pleading is in the interest of justice. Upon due consideration, and upon consideration of the settlement agreements and the representations made therein, Plaintiff's Motion is hereby GRANTED pursuant to Rule 41(a)(2). The pending Complaint against Defendants Brummett and Blough is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

ENTERED this ___ day of _____, 2006.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

ATTORNEY ENTITLED TO NOTICE OF ORDER

Pursuant to LCvR 7(k), the following attorney is entitled to notice of the foregoing Order:

>Robert N. Cook
>Whitham, Curtis, Christofferson & Cook, P.C.
>11491 Sunset Hills Rd., Suite 340
>Reston, Virginia 20190
>(703) 787-9400
>(703) 787-7557 (fax)
>
>Counsel for Plaintiff
>NAFSA: ASSOCIATION OF
>    INTERNATIONAL EDUCATORS